THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
ALEXIS M. LELAND (State Bar No: 223729)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    Email:  tina.naicker@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISON

| | |
|---|---|
| ROBERT ALLEN PEARSALL, JR., | Case No. CV 20-6134-AGR |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| KILOLO KIJAKAZI[1], Commissioner of Social Security, | |
| Defendant. | |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of
3  THREE THOUSAND SIX HUNDRED DOLLARS [$3,600.00] as authorized by
4  28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: July 26, 2021

*Alicia G. Rosenberg*
_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1